# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sargis, Ronald H. | Bkcy Court, Eastern District of California | 06/09/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee -- Trust #1 | Trust #1, Family Member 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | State of California, California Department of Public Health --- Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Sacramento, California | D | Rent | | | Sold | 06/11/13 | M | F | Maurice/Heather Crummett |
| 2. Rental Property #2, Sacramento, California | D | Rent | N | W | | | | | |
| 3. Bank of America Demand Accounts | F | Interest | L | T | | | | | |
| 4. Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 5. Bank of the West Demand Account | C | Interest | J | T | | | | | |
| 6. Bank of America Accounts, Dependant | B | Interest | K | T | | | | | |
| 7. Bank of America Accounts, Dependant | B | Interest | J | T | | | | | |
| 8. State Farm Whole Life Insurance | B | Int./Div. | J | T | | | | | |
| 9. MINERAL RIGHTS, Livingston, CA | | None | J | W | | | | | |
| 10. XXXXXXXXXXXX | | | | | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. MERRIL LYNCH DIRECT DEPOSIT (CASH ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 13. ADT CORP | A | Distribution | J | T | | | | | |
| 14. PENTAIR LTD | A | Distribution | J | T | | | | | |
| 15. TYCO INTERNAT TYC | A | Dividend | J | T | | | | | |
| 16. COVIDIEN PLC COV | A | Dividend | J | T | | | | | |
| 17. TE CONNECTIVITY LTD TEL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. THERMOGENSIS KOOL | | None | J | T | | | | | |
| 19. NOKIA NOK | A | Dividend | J | T | | | | | |
| 20. SIRIUS XM SIRI | A | Dividend | J | T | | | | | |
| 21. XXXXXXXXXXXXXXX | | | | | | | | | |
| 22. Brokerage Account #2 | | | | | | | | | |
| 23. CASH ACCOUNT, GOLDMAN SACHS BANK USA (X) | A | Interest | J | T | | | | | |
| 24. FIRST TENNESSEE BANK, NA - CASH ACCOUNT | | None | | | Closed | 01/25/13 | | | |
| 25. DISCOVER BANK | A | Interest | J | T | Open | 08/02/13 | | | |
| 26. ORACLE ORCL | A | Dividend | M | T | | | | | |
| 27. DREYFUS TECH GROWTH DTGBX | | | | | | | | | Transferred: See VIII Note |
| 28. XXXXXXXXXXXXX | | | | | | | | | |
| 29. Brokerage Account # 2-1 | | | | | | | | | |
| 30. Federated Cap Reserves | A | Int./Div. | J | T | | | | | |
| 31. DREYFUS TECH GROWTH DTGBX | A | Dividend | K | T | | | | | |
| 32. XXXXXXXXXXXXX | | | | | | | | | |
| 33. Brokerage Account #3 | | | | | | | | | |
| 34. HARTFORD CAP APPRC FD HCACX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. XXXXXXXXXXXXXX | | | | | | | | | |
| 36. Brokerage Account #4 Dependent | | | | | | | | | |
| 37. GROWTH FD AMER GFACX | A | Dividend | J | T | | | | | |
| 38. | A | Distribution | | | Buy (add'l) | 12/20/13 | J | | |
| 39. GUGGENHEIM MID CAP VALUE A -- SEVSX | A | Distribution | J | T | Buy (add'l) | 12/06/13 | J | | SEE VIII - RENAMED FUND |
| 40. | A | Dividend | | | | | | | |
| 41. BLACKROCK GLOBAL ALLOCATION MCLOX | A | Dividend | J | T | Buy (add'l) | 07/19/13 | J | | |
| 42. | A | Distribution | | | Buy (add'l) | 12/18/13 | J | | |
| 43. XXXXXXXXXXXXX | | | | | | | | | |
| 44. BROKERAGE ACCOUNT #5 Dependants | | | | | | | | | |
| 45. GOLDMAN SACHS INSURED CASH ACCOUNT | A | Interest | J | T | | | | | |
| 46. COSTCO | A | Dividend | J | T | | | | | |
| 47. XXXXXXXXXXXXX | | | | | | | | | |
| 48. BROKERAGE ACCOUNT #8 IRA Rollover | | | | | | | | | |
| 49. GENERAL MARKET CASH FUND, RW BAIRD | A | Dividend | K | T | | | | | |
| 50. CLAYMORE WILSHIRE MICRO CAP ETF WMCR | A | Dividend | J | T | Buy | 01/29/13 | J | | |
| 51. FIRST TRUST DOW JONES SELECT MICRO CAP INDEX ETF FDM | A | Dividend | J | T | Buy | 01/29/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FLEXSHARES TRUST QLTY DIV INDEX FUND QDF | A | Dividend | J | T | Buy | 10/31/13 | J | | |
| 53. ISHARES MSCI SWITZERLAND INDEX EFT EWL | A | Dividend | J | T | | | | | |
| 54. ISHARES MSCI GERMANY INDEX ETF EWG | A | Dividend | J | T | | | | | |
| 55. ISHARES MSCI SOUTH KOREA CAPPED ETF EWY | A | Dividend | J | T | Buy | 09/03/13 | J | | |
| 56. ISHARES MSCI JAPAN ETF EWJ | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 57. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 58. ISHARES MSCI EAFE INDEX ETF EFA | A | Dividend | K | T | Buy (add'l) | 01/31/13 | J | | |
| 59. ISHARES TR MSCI EMERGING MKTS ETF EEM | A | Dividend | J | T | | | | | |
| 60. | | | | | Sold (part) | 06/26/13 | J | A | |
| 61. ISHARES MSCI EAFE VALUE ETF EFV | A | Dividend | J | T | Buy | 05/30/13 | J | | |
| 62. ISHARES MSCI ACWI EX US INDEX FD ACWX | A | Dividend | J | T | | | | | |
| 63. ISHARES MSCI ALL COUNTRY ASIA EX JAPAN ETF AAXJ | A | Dividend | K | T | Sold (part) | 03/11/13 | J | A | |
| 64. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 65. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 66. | | | | | Buy (add'l) | 09/18/13 | J | | |
| 67. ISHARES CORE S&P SMALL CAP ETF IJR | A | Dividend | J | T | | | | | |
| 68. | | | | | Sold (part) | 01/31/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   ISHARES MSCI EMU ETF EZU | A | Dividend | J | T | | | | | |
| 70. | | | | | Sold (part) | 02/11/13 | J | A | |
| 71. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 72.   ISHARES MSCI CANADA INDEX ETF EWC | A | Dividend | J | T | | | | | |
| 73. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 74.   ISHARES MSCI UNITED KINGDON INDEX ETF EWU | A | Dividend | J | T | Sold (part) | 03/25/13 | J | A | |
| 75.   MARKET VECTORS OIL SERVICES ETF OIJ | A | Dividend | J | T | Buy | 01/29/13 | J | | |
| 76.   POWERSHARES DYNAMIC BUYBACK ACHIEVERS ETF PKW | A | Dividend | J | T | Buy | 03/06/13 | J | | |
| 77.   POWERSHARES FTSE RAFI DEVELOPED MARKETS EX US ETF PFX | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 78.   POWERSHARES S&P 500 HIGH BETA ETF SPHB | A | Dividend | J | T | Buy (add'l) | 01/31/13 | K | | |
| 79. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 80.   VANGUARD FTSE EUROPE ETF VGK | A | Dividend | J | T | Buy (add'l) | 07/25/13 | J | | See VIII - Renamed Fund |
| 81. | | | | | Buy (add'l) | 01/23/13 | J | | |
| 82. | | | | | Sold (part) | 03/19/13 | J | B | |
| 83. | | | | | Sold (part) | 03/25/13 | J | A | |
| 84. | | | | | Buy (add'l) | 07/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 86. VANGUARD FTSE DEVELOPED MKETS ETF VEA | A | Dividend | J | T | | | | | See VIII - Renamed Fund |
| 87. VANGUARD LARGE CAP ETF VV | A | Dividend | J | T | | | | | |
| 88. | | | | | Sold (part) | 01/29/13 | J | A | |
| 89. | | | | | Sold (part) | 01/31/13 | J | B | |
| 90. | | | | | Sold (part) | 06/06/13 | J | A | |
| 91. | | | | | Sold (part) | 12/04/13 | J | A | |
| 92. WISDOMTREE JAPAN HEDGED EQUITY ETF DXJ | A | Dividend | J | T | | | | | |
| 93. | A | Distribution | | | | | | | |
| 94. | | | | | Buy (add'l) | 02/11/13 | J | | |
| 95. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 96. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 97. | | | | | Sold (part) | 07/08/13 | J | B | |
| 98. | | | | | Sold (part) | 07/31/13 | J | A | |
| 99. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 100. WISDOMTREE JAPAN SMALL CAP DIVIDEND ETF DFJ | A | Dividend | J | T | Buy | 07/08/13 | J | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. ALPS RIVERFRONT STRATEGIC INCOME FUND RIGS | A | Dividend | J | T | Buy | 10/09/13 | J | | |
| 103. | | | | | Buy (add'l) | 10/17/13 | J | | |
| 104. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 105. | | | | | Buy (add'l) | 11/06/13 | J | | |
| 106. | | | | | Buy (add'l) | 11/14/13 | J | | |
| 107. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 108. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 109. ISHARES 1-3 YR CREDIT BOND EFT CSJ | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 110. | | | | | Sold (part) | 11/14/13 | J | A | |
| 111. VANGUARD SHORT TERM CORP BOND ETF VCSH | A | Dividend | J | T | Sold (part) | 12/12/13 | J | A | |
| 112. | A | Distribution | | | | | | | |
| 113. All Interests Fully Divested in Yr for Brokerage Account #8 | | | | | | | | | |
| 114. ISHARES CORE MSCI EMG MKTS | A | Dividend | | | Buy | 05/07/13 | J | | |
| 115. | | | | | Sold | 12/12/13 | J | A | |
| 116. GLOBAL X FUNDS ASEAN 40 ETF ASEA | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 117. ISHARES MSCI PACIFIC EX JAPAN ETF EPP | A | Dividend | | | Buy (add'l) | 01/23/13 | J | | Part VIII Note |
| 118. | | | | | Sold | 12/12/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | | | Buy | 05/07/13 | J | | |
| 120. | | | | | Sold | 12/12/13 | J | A | |
| 121. ISHARES CORE S&P MID CAP ETF IJH | A | Dividend | | | Sold | 01/31/13 | K | C | |
| 122. ISHARES MSCI AUSTRALIA INDEX ETF | A | Dividend | | | Buy | 03/25/13 | J | | |
| 123. | | | | | Sold | 07/08/13 | J | A | |
| 124. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF HYG | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 125. ISHARES DOW JONES US FINANCIAL SERVICES ETF | A | Dividend | | | Buy | 01/29/13 | J | | |
| 126. | | | | | Sold | 04/03/13 | J | A | |
| 127. ISHARES TRUST JPMORGAN USD EMERG MARKETS BOND FD EMB | A | Dividend | | | Sold | 01/30/13 | J | A | |
| 128. ISHARES MORNINGSTAR LARVE VALUE INDEX ETF | A | Dividend | | | Buy | 06/06/13 | J | | |
| 129. | | | | | Sold (part) | 09/18/13 | J | A | |
| 130. | | | | | Sold | 10/31/13 | J | A | |
| 131. POWERSHARES INTL DIVIDEND ACHIEVERS ETF PID | | None | | | Sold | 01/23/13 | J | A | |
| 132. POWERSHARES ETF DWA TECHNICAL LEADERS PDP | A | Dividend | | | Sold (part) | 01/31/13 | J | A | |
| 133. | | | | | Sold | 08/14/13 | J | A | |
| 134. POWERSHARES GLOBAL ETF FUND HIGH YIELD CORP BOND PHB | | None | | | Sold | 02/21/13 | J | A | |
| 135. POWERSHARES TRUST II S&P 500 LOW VOLATILITY ETF SPLV | A | Dividend | | | Sold | 01/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. POWERSHARES SENIOR LOAN PORT ETF BKLN (NYSE ARCA) | A | Dividend | | | Buy (add'l) | 02/21/13 | J | | |
| 137. | | | | | Sold (part) | 09/10/13 | J | A | |
| 138. | | | | | Sold (part) | 10/09/13 | J | A | |
| 139. | | | | | Sold (part) | 10/17/13 | J | A | |
| 140. | | | | | Sold (part) | 10/29/13 | J | A | |
| 141. | | | | | Sold (part) | 11/06/13 | J | A | |
| 142. | | | | | Sold | 11/14/13 | J | A | |
| 143. RYDEX GUGGENHEIM S&P 500 EQULA WEIGHT TECH ETF | A | Dividend | | | Buy | 06/26/13 | J | | |
| 144. | | | | | Sold | 10/10/13 | J | A | |
| 145. SPDR BARCLAYS CAP HIGH YIELD BOND ETF JNK | A | Dividend | | | Sold (part) | 02/06/13 | J | A | |
| 146. | | | | | Sold (part) | 02/21/13 | J | A | |
| 147. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 148. | | | | | Sold | 06/06/13 | J | A | |
| 149. SPDR S&P 500 EFT | | None | | | Buy | 06/26/13 | J | | |
| 150. | | | | | Sold | 08/14/13 | J | A | |
| 151. VANGUARD DIVIDEND APPRECIATION ETF VIG | A | Dividend | | | Sold (part) | 05/30/13 | J | A | |
| 152. | | | | | Sold | 06/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153.  VANGUARD EMERGING MKTS ETF VWO | A | Dividend | | | Sold (part) | 01/23/13 | J | A | |
| 154. | | | | | Sold (part) | 06/17/13 | J | A | |
| 155. | | | | | Sold | 06/26/13 | J | A | |
| 156.  WISDOMTREE TR EMERGING MARKETS SMALL CAP DIVIDEND DGS | A | Dividend | | | Sold | 05/07/13 | J | A | |
| 157.  WISDOMTREE LARGE CAP DIVIDEND ETF DLN | A | Dividend | | | Sold (part) | 01/23/13 | J | A | |
| 158. | | | | | Sold (part) | 01/29/13 | J | A | |
| 159. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 160. | | | | | Sold | 06/06/13 | J | A | |
| 161.  WISDOMTREE TRUST EUROPE HEDGED EQUITY FUND | A | Dividend | | | Buy | 03/19/13 | J | | |
| 162. | | | | | Sold | 07/25/13 | J | A | |
| 163.  VANGUARD INFORMATION TECHNOLOGY ETF | | None | | | Buy | 01/31/13 | J | | |
| 164. | | | | | Sold | 03/06/13 | J | A | |
| 165.  PIMCO 0-5 YR HIGH YIELD COPOROATE BOND INDEX ETF | A | Dividend | | | Buy | 02/21/13 | J | | |
| 166. | | | | | Sold | 06/06/13 | J | A | |
| 167.  XXXXXXXXXXXXXX | | | | | | | | | |
| 168.  Brokerage Account #9 IRA Rollover | | | | | | | | | |
| 169.  CASH/MONEY MARKET -- RW Baird General MMKT Class A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. CAPITAL WORLD GWTH & INCOME FD CWGFX | A | Dividend | K | T | Sold (part) | 03/01/13 | J | A | |
| 171. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 172. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 173. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 174. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 175. CALAMOS CONVERTIBLE FUND CICVX | A | Dividend | K | T | Buy (add'l) | 12/20/13 | J | | |
| 176. | B | Distribution | | | | | | | |
| 177. DAVIS NEW YORK VENTURE DNVYX | A | Dividend | L | T | Sold (part) | 01/18/13 | J | A | |
| 178. | D | Distribution | | | Sold (part) | 03/01/13 | J | A | |
| 179. | | | | | Buy (add'l) | 07/02/13 | J | | |
| 180. | | | | | Sold (part) | 10/21/13 | J | A | |
| 181. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 182. GUGGENHEIM MID CAP VALUE A -- SEVAX | A | Dividend | K | T | Buy (add'l) | 12/06/13 | J | | See VIII - Renamed Fund |
| 183. | B | Distribution | | | | | | | |
| 184. FAMCO MLP & ENERGY INCOME INFIX | A | Dividend | J | T | Buy | 03/01/13 | J | | |
| 185. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 186. | | | | | Buy (add'l) | 08/30/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 188. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 189. GATEWAY GATEX | A | Dividend | K | T | Buy | 09/24/13 | K | | |
| 190. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 191. GROWTH FUND AMER GFAFX | A | Dividend | L | T | Sold (part) | 01/18/13 | J | A | |
| 192. | D | Distribution | | | Sold (part) | 03/01/13 | J | A | |
| 193. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 194. HARRIS ASSOC INVT OAKMARK INTL FD OAKIX | A | Dividend | K | T | Sold (part) | 01/18/13 | J | A | |
| 195. | A | Distribution | | | Sold (part) | 03/01/13 | J | A | |
| 196. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 197. IVY FDS INC ASSET STRATEGY FD WASYX | A | Dividend | L | T | Buy (add'l) | 12/13/13 | J | | |
| 198. KEELEY FUNDS SMALL CAP VALUE KSCIX | A | Dividend | K | T | Buy (add'l) | 01/03/13 | J | | |
| 199. | | | | | Sold (part) | 03/01/13 | J | A | |
| 200. LOOMIS SAYLES BOND INSTL LSBDX | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 201. | A | Distribution | | | Buy (add'l) | 02/26/13 | J | | |
| 202. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 203. | | | | | Buy (add'l) | 04/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 05/29/13 | J | | |
| 205. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 206. | | | | | Buy (add'l) | 07/29/13 | J | | |
| 207. | | | | | Buy (add'l) | 08/28/13 | J | | |
| 208. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 209. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 210. | | | | | Buy (add'l) | 11/27/13 | J | | |
| 211. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 212. PERMANENT PORTFOLIO FD PRPFX | A | Dividend | L | T | Buy (add'l) | 03/01/13 | J | | |
| 213. | D | Distribution | | | Buy (add'l) | 12/31/13 | J | | |
| 214. STRATTON SMALL CAP VALUE STSCX | B | Distribution | J | T | Buy (add'l) | 06/25/13 | J | | |
| 215. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 216. VANGUARD INTER TERM BOND FUND VBIIX | A | Dividend | K | T | Buy (add'l) | 01/02/13 | J | | |
| 217. | A | Distribution | | | Buy (add'l) | 02/01/13 | J | | |
| 218. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 219. | | | | | Buy (add'l) | 04/01/13 | J | | |
| 220. | | | | | Buy (add'l) | 05/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 222. | | | | | Buy (add'l) | 07/01/13 | J | | |
| 223. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 224. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 225. | | | | | Buy (add'l) | 10/01/13 | J | | |
| 226. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 227. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 228. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 229. All Interests Fully Divested in Yr for Brokerage Account #9 | | | | | | | | | |
| 230. HUSSMAN INVT GROWTH FD HSGFX | A | Dividend | | | Buy (add'l) | 01/02/13 | J | | |
| 231. | | | | | Buy (add'l) | 03/01/13 | J | | |
| 232. | | | | | Sold | 09/24/13 | K | A | |
| 233. XXXXXXXXXXXXX | | | | | | | | | |
| 234. Trust #1 | | | | | | | | | |
| 235. CALIFORNIA BANK & TRUST -- DEPOSIT ACCOUNTS | A | Interest | K | T | | | | | |
| 236. BANK OF AMERICA, N.A. | A | Interest | K | T | | | | | |
| 237. US GOVERNMENT BONDS | E | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | | | | | |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV Liabilities: Rental Property Sold in 2013 and Bank of the West Liability Paid in Full From Sale Proceeds

Part VII, Line 27 --  Transferred to New Investment Account #2-1

Part VII Line 39 -- Security Equity FD Mid Cap Value SEVAX  renamed Guggenheim Mid Cap Value A  SEVAX

Part VII, Line 80 -- Vanguard MSCI Europe EFT  VGK renamed Vanguard FTSE Europe ETF VGK

Part VII, Line 86 - Vanguard MSCI EAFE ETF remaned Vanguard FTSE Developed Markets

Part VII, Line 117 - Ishares MSCI Pacific Ex Japan EFT EPP  -- Typographic error on 2012 Report listed the name as ISHARES "MSCK" Pacific Ex Japan.

Part VII, Line 182 - Security Equity FD Mid Cap Value SEVAX  renamed Guggenheim Mid Cap Value A  SEVAX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544